THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA ROBINSON,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MANUEL DELAPEJIA and PETE CARLSON,<br><br>　　　　　　Defendants. | CASE NO. C21-1094-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Stipulation for Extension of Time to Respond (Dkt. No. 6), filed by the Government on behalf of Defendant Delapejia.[1] The Government indicates that Ms. Robinson consents to its requested extension. *Id.* at 4. Having reviewed the Government's submission, the Court finds good cause for an extension and therefore GRANTS the motion. (Dkt. No. 6.) It is therefore ORDERED that the deadline for the United States to answer or respond to the complaint is October 19, 2021.

DATED this 23rd day of August 2021.

---

[1] The Government's submission spells this Defendant's surname as "Delapena."

MINUTE ORDER
C21-1094-JCC
PAGE - 1

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk