THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA ROBINSON,<br><br>               Plaintiff,<br><br>    v.<br><br>MANUEL DELAPEJIA, *et al.*,<br><br>               Defendants. | CASE NO. C21-1094-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Currently pending are Manuel Delapena's motion to dismiss (Dkt. No. 17) and Pete Carlson's motion to dismiss (Dkt. No. 21), noted for October 29, 2021, and November 12, 2021, respectively.

To promote efficient case administration, Delapena's motion (Dkt. No. 17) is hereby RENOTED for November 12, 2021. This Minute Order does not extend briefing deadlines that have already passed for Delapena's motion, nor does it authorize additional briefing; briefing on that motion has already closed. *See* W.D. Wash. Local Civ. R. 7(d)(3).

//

//

//

DATED this 2nd day of November 2021.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk